UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARRIE JADORE,<br><br>             Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>             Defendant. | Case No. 2:14-CV-00745-JLR-BAT<br><br>**REPORT AND RECOMMENDATION** |

The Court has reviewed the parties' stipulated motion to remand, Dkt. 15, and the entire record. The Court recommends that this matter be **REVERSED** and **REMANDED** for further administrative proceedings, including the opportunity for a *de novo* hearing, pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge ("ALJ") will: (1) further evaluate the opinion evidence, including the opinions of Michael Gordin, M.D., Rene Eisenhauer, Ph.D., and any third party statements; (2) further evaluate plaintiff's subjective complaints; and (3) reassess plaintiff's residual functional capacity. If necessary, the ALJ will obtain supplemental vocational expert testimony to determine what impact if any, plaintiff's impairments would have on her ability to perform other work.   Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to the Court.

REPORT AND RECOMMENDATION - 1

Because this is a stipulated motion, this Report and Recommendation is noted for consideration by the district judge **on the same day it is filed**.

DATED this 9th day of October, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge