UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARRIE JADORE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. 2:14-CV-00745-JLR

ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

The Court has reviewed the parties' stipulated motion to remand, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the entire record. This matter is **REVERSED** and **REMANDED** for further administrative proceedings, including the opportunity for a *de novo* hearing, pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the administrative law judge ("ALJ") will: (1) further evaluate the opinion evidence, including the opinions of Michael Gordin, M.D., Rene Eisenhauer, Ph.D., and any third party statements; (2) further evaluate plaintiff's subjective complaints; and (3) reassess plaintiff's residual functional capacity. If necessary, the ALJ will obtain supplemental vocational expert testimony to determine what impact if any, plaintiff's impairments would have on her ability to perform other work. Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 9th day of October, 2014.

_____
JAMES L. ROBART
United States District Judge

ORDER REVERSING AND REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 2